UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PACIFIC BELL TELEPHONE CO., ) No. C-07-1797 SC
)
)
)
Plaintiff, )
) ORDER OF
v. ) DISQUALIFICATION
)
)
THE CALIFORNIA PUBLIC UTILITIES )
COMMISSION, et al., )
)
)
Defendant. )
)
_____ )

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action within the meaning of General Order 44(E)(2) of the Assignment Plan of this Court, request that this case be reassigned.

**IT IS SO ORDERED.**

Dated: April 3, 2007

_____
UNITED STATES DISTRICT JUDGE