UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE CO., <br><br> Plaintiff, <br><br> v. <br><br> THE CALIFORNIA PUBLIC UTILITIES COMMISSION, et al., <br><br> Defendant. | No. C-07-1797 SC <br><br> ORDER OF <u>DISQUALIFICATION</u> |

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action within the meaning of General Order 44(E)(2) of the Assignment Plan of this Court, request that this case be reassigned.

**IT IS SO ORDERED.**

Dated: April 3, 2007

_____
UNITED STATES DISTRICT JUDGE