James B. Young (Cal. Bar No. 46198)
David Discher (Cal. Bar No. 121218)
David J. Miller (Cal. Bar No. 161201)
PACIFIC BELL TELEPHONE COMPANY d/b/a AT&T CALIFORNIA
525 Market Street
San Francisco, California 94105
Tel: (415) 778-1393
Fax: (281) 664-9478
email: davidjmiller@att.com

Colin S. Stretch (admitted *pro hac vice*)
Scott K. Attaway (admitted *pro hac vice*)
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W.
Washington, D.C. 20036
Tel: (202) 326-7968
Fax: (202) 326-7999
email: cstretch@khhte.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

PACIFIC BELL TELEPHONE COMPANY
d/b/a AT&T CALIFORNIA, a California
corporation,

          Plaintiff,

    vs.

THE CALIFORNIA PUBLIC UTILITIES
COMMISSION; and MICHAEL R. PEEVEY;
DIAN M. GRUENEICH; JOHN BOHN;
RACHELLE CHONG; and TIMOTHY ALAN
SIMON, in their official capacities as
Commissioners of the Public Utilities
Commission of the State of California, and not as
individuals,

          Defendants.

Case No.: 3:07-cv-01797-SI

CONSENT MOTION TO CONTINUE
HEARING ON CROSS-MOTIONS
FOR SUMMARY JUDGMENT FROM
NOV. 9, 2007 TO NOV. 16, 2007

Pursuant to Local Rule 6-3, plaintiff Pacific Bell Telephone Company d/b/a AT&T California ("AT&T California") moves to continue the hearing on its motion for summary judgment from November 9, 2007, to November 16, 2007. In support of this motion, AT&T California states as follows:

1.      This case is in the nature of an administrative appeal of orders issued by the defendant California Public Utilities Commission ("PUC") implementing the federal Telecommunications Act of 1996, and it is therefore governed by Local Rule 16-5. In their joint case management statement, the parties proposed a Rule 16-5 briefing schedule on cross-motions for summary judgment that calls for briefing to conclude on October 24, 2007.

2.      During its August 3, 2007, case management conference, the Court adopted the case management statement proposed by the parties, including the briefing schedule noted above, and it scheduled a hearing for the parties' cross-motions for summary judgment on November 9, 2007. AT&T California therefore noticed its motion for summary judgment, filed September 10, 2007, for that date.

3.      Undersigned counsel for AT&T California resides and works in Washington, D.C., and a scheduling conflict has arisen that requires counsel to remain in Washington during the week of November 9, 2007. AT&T California accordingly respectfully requests that the Court continue the hearing on the parties cross-motions for summary judgment from November 9, 2007, to the following Friday, November 16, 2007, at 9 a.m.

4.      Neither the Court nor any party would be prejudiced by the relief requested herein. AT&T California has consulted the Court's calendar, which indicates that the Court is presently accepting civil motions noticed for the date requested in this motion (November 16, 2007). In addition, counsel for AT&T California has conferred with counsel for the defendants PUC and its member Commissioners and is authorized to state that the defendants consent to the relief requested in this motion.

WHEREFORE, AT&T California respectfully requests that the Court continue the hearing date in this matter from November 9, 2007, to November 16, 2007. A proposed order is attached.

---

Respectfully submitted,

Dated:  September 26, 2007              By:   /s/ Colin S. Stretch

                                        Attorneys for AT&T California

James B. Young (Cal. Bar No. 46198)
David Discher (Cal. Bar No. 121218)
David J. Miller (Cal. Bar No. 161201)
PACIFIC BELL TELEPHONE COMPANY d/b/a AT&T CALIFORNIA
525 Market Street
San Francisco, California  94105
Tel: (415) 778-1393
Fax: (281) 664-9478
email: davidjmiller@att.com

Colin S. Stretch (admitted *pro hac vice*)
Scott K. Attaway (admitted *pro hac vice*)
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W.
Washington, D.C.  20036
Tel.: (202) 326-7968
Fax: (202) 326-7999
email: cstretch@khhte.com

1   James B. Young (Cal. Bar No. 46198)
2   David Discher (Cal. Bar No. 121218)
    David J. Miller (Cal. Bar No. 161201)
3   PACIFIC BELL TELEPHONE COMPANY d/b/a AT&T CALIFORNIA
    525 Market Street
4   San Francisco, California  94105
    Tel: (415) 778-1393
5   Fax: (281) 664-9478
    email: davidjmiller@att.com
6

7   Colin S. Stretch (admitted *pro hac vice*)
8   Scott K. Attaway (admitted *pro hac vice*)
    KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
9   1615 M Street, N.W.
    Washington, D.C.  20036
10   Tel: (202) 326-7968
    Fax: (202) 326-7999
11   email: cstretch@khhte.com

12

13             UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
14                 SAN FRANCISCO DIVISION

15   PACIFIC BELL TELEPHONE COMPANY  )
    d/b/a AT&T CALIFORNIA, a California  )
16   corporation,  )
                          )
17             Plaintiff,  )    Case No.: 3:07-cv-01797-SI
                          )
18        vs.  )
                          )
19   THE CALIFORNIA PUBLIC UTILITIES  )
    COMMISSION; and MICHAEL R. PEEVEY;  )  [PROPOSED] ORDER GRANTING
20   DIAN M. GRUENEICH; JOHN BOHN;  )  CONSENT MOTION TO CONTINUE
    RACHELLE CHONG; and TIMOTHY ALAN  )  HEARING ON CROSS-MOTIONS
21   SIMON, in their official capacities as  )  FOR SUMMARY JUDGMENT FROM
    Commissioners of the Public Utilities  )  NOV. 9, 2007 TO NOV. 16, 2007
22   Commission of the State of California, and not as  )
    individuals,  )
23                           )
24             Defendants.  )
25   _____)

26

27

28

---

1    Upon consideration of the consent motion to continue hearing on cross-motions for

2  summary judgment filed by Plaintiff Pacific Bell Telephone Company d/b/a AT&T California on

3  September 26, 2007, it is hereby ORDERED that AT&T California's motion is granted.  The

4  Court will hear the parties' cross-motions for summary judgment on November 16, 2007, at

5  9 a.m.

6

7    SIGNED, this _____ day of _____, 2007:

8

9    _____

10   The Hon. Susan Y. Illston
     United States District Judge