IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PACIFIC BELL TELEPHONE COMPANY, d/b/a AT&T CALIFORNIA, a California corporation,

    Plaintiff,

v.

THE CALIFORNIA PUBLIC UTILITIES COMMISSION, *et al.*,

    Defendants.

No. C 07-1797 SI

**JUDGMENT**

On the parties' cross-motions for summary judgment, the Court holds that the CPUC exceeded its jurisdiction when it set rates for the UNE-P after March 11, 2006; that the CPUC misapplied the FCC's DS1 transport rule; that the CPUC's notice and grandfathering rules violate the filed-tariff doctrine; and that the CPUC properly ruled that CLECs are entitled to access ILECs' entrance facilities at TELRIC rates when needed for interconnection. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 21, 2008

                                          SUSAN ILLSTON
                                          United States District Judge