IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PACIFIC BELL TELEPHONE COMPANY, d/b/a AT&T CALIFORNIA, a California corporation,

        Plaintiff,

  v.

THE CALIFORNIA PUBLIC UTILITIES COMMISSION, *et al.*,

        Defendants.

No. C 07-1797 SI

**ORDER GRANTING UNOPPOSED MOTION BY CBEYOND COMMUNICATIONS LLC TO INTERVENE**

CBeyond Communications LLC has filed a motion to intervene in this action solely for the purpose of pursuing an appeal. Pursuant to Civil Local Rule 7-1(b), the Court finds the matter appropriate for resolution without oral argument, and VACATES the May 9, 2008 hearing.

CBeyond seeks to intervene in this action pursuant to Federal Rule of Civil Procedure 24 in order to pursue an appeal of one portion of the Court's summary judgment order. No party has opposed CBeyond's motion. The Court finds that CBeyond has met the requirements of intervention as of right set forth in Rule 24(a): (1) the application was timely filed; (2) CBeyond has a "significantly protectable" interest in application of the DS-1 UNE transport rule that will be impaired unless intervention is granted; and (3) CBeyond's interest will not be adequately represented by the parties because the CPUC has not appealed this Court's summary judgment order. Accordingly, the Court exercises its discretion and GRANTS CBeyond's motion to intervene solely for purposes of appeal. (Docket No. 38).

**IT IS SO ORDERED.**

Dated: May 8, 2008

SUSAN ILLSTON
United States District Judge